1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SCHROEDER, by and through her guardian ad litem MARINA LANERI SCHROEDER<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; THE BOARD OF EDUCATION OF THE SAN DIEGO UNIFIED SCHOOL DISTRICT; KIMBERLY CHAMBERS, individually and in her official capacity as a special education teacher for the San Diego Unified School District; MICHAEL JIMENEZ, individually and in his official capacity as a vice-principal for the San Diego Unified School District; and SUE SKINNER, individually and in her official capacity as a school counselor for the San Diego Unified School District,<br><br>Defendants. | CASE NO. 07 CV 1266 IEG (RBB)<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>JUDGE:        HON. IRMA GONZALEZ<br>CASE FILED:   JULY 12, 2007<br>TRIAL DATE:   NOT SET |

///
///
///
///
///

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

970019.1

Case No. 07 CV 1266 IEG (RBB)

1  Defendants, SAN DIEGO UNIFIED SCHOOL DISTRICT, KIMBERLY CHAMBERS,
2  MICHAEL JIMENEZ, and SUE SKINNER, and Plaintiff, JESSICA SCHROEDER, by and
3  through her guardian ad litem MARINA LANERI SCHROEDER, jointly move the Court for an
4  order dismissing the entire action with prejudice.

5  All parties have signed a settlement agreement, and the Court has approved the
6  settlement. Because all claims asserted throughout this lawsuit have been resolved, the parties
7  request that the Court dismiss the entire action with prejudice.

9  DATED: July __, 2010

10  By: _____
    JEFFREY L. WEEKS, ESQ..
11  DAVID POORE, ESQ.
    Attorneys for Plaintiff JESSICA
12  SCHROEDER, by and through her
    guardian ad litem MARINA LANERI
13  SCHROEDER

14  DATED: July 13, 2010          HIGGS, FLETCHER & MACK LLP

16  By: _____
    STEVEN J. COLOGNE, ESQ.
17  VICTORIA E. FULLER, ESQ.
    Attorneys for Defendants
18  SAN DIEGO UNIFIED SCHOOL
    DISTRICT; KIMBERLY CHAMBERS;
19  MICHAEL JIMENEZ; and
    SUE SKINNER

1  Defendants, SAN DIEGO UNIFIED SCHOOL DISTRICT, KIMBERLY CHAMBERS, MICHAEL JIMENEZ, and SUE SKINNER, and Plaintiff, JESSICA SCHROEDER, by and through her guardian ad litem MARINA LANERI SCHROEDER, jointly move the Court for an order dismissing the entire action with prejudice.

All parties have signed a settlement agreement, and the Court has approved the settlement. Because all claims asserted throughout this lawsuit have been resolved, the parties request that the Court dismiss the entire action with prejudice.

DATED: July __, 2010

By: _____
JEFFREY L. WEEKS, ESQ.
DAVID POORE, ESQ.
Attorneys for Plaintiff JESSICA
SCHROEDER, by and through her
guardian ad litem MARINA LANERI
SCHROEDER

DATED: July __, 2010

HIGGS, FLETCHER & MACK LLP

By: _____
STEVEN J. COLOGNE, ESQ.
VICTORIA E. FULLER, ESQ.
Attorneys for Defendants
SAN DIEGO UNIFIED SCHOOL
DISTRICT; KIMBERLY CHAMBERS;
MICHAEL JIMENEZ; and
SUE SKINNER

| | |
|---|---|
| 1 | STEVEN J. COLOGNE, ESQ. (Bar No. 118534)<br>scologne@higgslaw.com |
| 2 | VICTORIA E. FULLER, ESQ. (Bar No. 216494)<br>fullerv@higgslaw.com |
| 3 | HIGGS, FLETCHER & MACK LLP<br>401 West "A" Street, Suite 2600 |
| 4 | San Diego, CA 92101-7913<br>TEL: 619.236.1551 |
| 5 | FAX: 619.696.1410 |
| 6 | Attorneys for Defendants<br>SAN DIEGO UNIFIED SCHOOL DISTRICT, |
| 7 | THE BOARD OF EDUCATION OF THE<br>SAN DIEGO UNIFIED SCHOOL DISTRICT, |
| 8 | KIMBERLY CHAMBERS, MICHAEL JIMENEZ,<br>and SUE SKINNER |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SCHROEDER, by and through her parent and guardian, Marina Laneri Schroeder,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; THE BOARD OF EDUCATION OF THE SAN DIEGO UNIFIED SCHOOL DISTRICT; KIMBERLY CHAMBERS, individually and in her official capacity as a special education teacher for the San Diego Unified School District; MICHAEL JIMENEZ, individually and in his official capacity as the vice-principal for the San Diego Unified School District; and SUE SKINNER, individually and in her official capacity as a school counselor for the San Diego Unified School District,<br><br>Defendants. | CASE NO. 07-CV-1266 IEG (RBB)<br><br>**PROOF OF SERVICE** |

    I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913.

    On July 14, 2010, I served a true and correct copy of the within document(s):

**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**PROPOSED ORDER ON JOINT MOTION TO DISMISS
ENTIRE ACTION WITH PREJUDICE**

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. A true and correct copy of the airbill is attached hereto.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below **AND**
by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

√   I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served.

Jeffrey L. Weeks, Esq.  
WEEKS & LUCHETTA, LLP  
102 South Tejon, Suite 910  
Colorado Springs, CO 80903

Attorneys for Plaintiffs – *Pro Hac Vice*  
Telephone: 719.578.5600  
Facsimile: 719.635-7458  
Email: jeffrey@weeksluchetta.com  
ginny@weeksluchetta.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2010 at San Diego, California.

*Celeste L. Reising*
CELESTE L. REISING

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

821838.16

2

Case No. 07 CV 1266 IEG (RBB)